E-FILED
Monday, 12 April, 2021  09:26:59 AM
Clerk, U.S. District Court, ILCD

FILED
APR 09 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

Zachary L. Jackson
Plaintiff,

v.

Chris Saunders, Kelly,
Green Street Realty
Defendant(s).

Case No. 21- 2074

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I.    JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II.    PARTIES

**Plaintiff:**

A.    Plaintiff, a citizen of ___ILLinois___ (state), who resides at ___1318 ½ Allins Champain, IL___, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.    Defendant___Kelley___ is employed as a
(a) (Name of First Defendant)
___Executive Officer___
(b) (Position Title)
with___Green Street Realty    510 S Neil St___
(c) (Employer's Name and Address)
___champaign, IL___

1

*Check one of the following:*

☑This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

Terminated me in a act of ~~pluary~~ retaliation.

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.    Defendant___Chris Saunders___is employed as a
             (a) (Name of Second Defendant)

___Chief Executive Officer___
             (b) (Position/Title)

with___Green Street Realty___510 S Neil St.
             (c) (Employer's Name and Address)    Champaign IL. 61821

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

Did not ~~intervene~~ intervene to protect me from civil rights being violated

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

2

**Defendant #3:**

D.  Defendant_____is employed as a

(a) (Name of Third Defendant)

_____

(b) (Position/Title)

with_____.

(c) ) (Employer's Name and Address)

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.      Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

**III. PREVIOUS LAWSUITS**

A.     Have you begun any other lawsuits in federal court? Yes ☐     ☑ No

B.     If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

     1.     Parties to previous lawsuits:

          Plaintiff(s):

          Defendant(s):

     2.     Date of Filing:

     3.     Case Number:

     4.     Jurisdiction/Court:

     5.     Name of Judge:

     6.     Issues Raised:

     7.     Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

     8.     Date of Final Disposition:

**IV. STATEMENT OF CLAIM**

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1.  On or about __March 11, 2020__ (month,day,year), at approximately __10:30 Am__ ☑ a.m. ☐ p.m., plaintiff was present in the municipality (or unincorporated area of) _____, in the County of _____, in the State of Illinois, at

_____,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

☐　　arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐　　searched plaintiff or his property without a warrant and without reasonable cause;

☐　　used excessive force upon plaintiff;

☑　　failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐　　failed to provide plaintiff with necessary medical care;

☑　　conspired together to violate one or more of plaintiff's civil rights;

☐　　other *(please explain)*: _____

_____

_____

2.  Plaintiff was charged with one or more crimes, specifically:

_____

_____

3.  The criminal proceedings *(check the box that applies)*:

☐　　are still pending.
☐　　were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐　　resulted in a finding of guilty on one or more of the charges.
☐　　other:_____

_____

_____

4.  Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

After making a complaint, I was terminated.

5.  Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6.  As a result of Defendant's conduct, plaintiff was injured as follows:

loss of income, loss of enjoyment of life, emotional harm, pain and suffering

7.  Plaintiff asks that this case be tried by a jury.  ☑ Yes     ☐ No

6

## V.  P RAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1.  Compensatory Damages in the amount of $ 200,000 _____ to compensate for *(check all that apply)*:

    - ☑ bodily harm
    - ☑ emotional harm
    - ☑ pain and suffering
    - ☑ loss of income
    - ☑ loss of enjoyment of life
    - ☐ property damage

2.  Punitive Damages:        ☑ Yes        ☐ No

3.  Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: April 9, 2021

Signature of Plaintiff: *Zachary L. Jackson II*

Plaintiff's Name *(print clearly or type)*: Zachary L. Jackson II

Mailing Address: 1318 1/2 Almar

City: Champaign        State: IL        Zip: 61821

Plaintiff's Telephone Number: (217) 390-4151